# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 18, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

159448

ZAID SAFDAR,
    Plaintiff-Appellee,

v

                 SC: 159448
                 COA: 344030
                 Oakland CC: 2016-839363-DM

DONYA AZIZ,
    Defendant-Appellant.

_____/

    On order of the Court, the application for leave to appeal the March 7, 2019 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



    I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 18, 2019



            Clerk

t0911